UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-2299 _____ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Angela Radcliffe and Steven May

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/c/ Mark T. Hurt
(signature)

| | |
|---|---|
| Mark T. Hurt | 276-623-0808 |
| Name (printed or typed) | Voice Phone |
| The Law Offices of Mark T. Hurt | 276+-623-0212 |
| Firm Name (if applicable) | Fax Number |
| 159 West Main Street | |
| Abingdon, VA 24210 | mail@markhurtlawfirm.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on December 29, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| See attached Certificate of Service | |
|---|---|
| | |

/s/ Mark T. Hurt                                                                December 29, 2014
Signature                                                                                       Date

05/07/2014
SCC

No. 14-2299

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA *et al, EX REL.* STEVEN MAY and ANGELA RADCLIFFE,

                              Plaintiffs-Appellants,

v.

PURDUE PHARMA L.P. and PURDUE PHARMA INC.,

                              Defendants-Appellees.

On Appeal from the United States District Court for the Southern District of West Virginia, Civil Case No. 5:10-1423 (Hon. Irene C. Berger)

## CERTIFICATE OF SERVICE

We, Mark Hurt and Paul Roop, counsel for plaintiffs-appellants, Steven May and Angela Radcliffe, hereby certify that on the 29th day of December, 2014, we served the foregoing "Appearance of Counsel Form" using the CM/ECF system which will send notification of filing to the following CM/ECF participants:

        Howard M. Shapiro
        Christopher E. Babbitt
        Charles C. Speth
        Wilmer, Cutler, Pickering, Hale & Dorr, LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC 20006
        *Counsel for Defendants*

Rebecca A. Betts
John D. Hoblitzell, III
Kay Casto & Chaney PLLC
1500 Chase Tower
707 Virginia Street, East
Charleston, WV 25301
*Counsel for Defendants*

Carol A. Casto
U.S. Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713
*Counsel for United States*

We further certify that we mailed a copy of the foregoing pleading via United States Postal Service to the following non-CM/ECF participants:

Natalie A. Priddy
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington DC 20044
*Counsel for United States*

Carlotta R. Hivoral
California Department of Justice
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108
*Counsel for State of California*

Mary Elizabeth McCullohs
Medicaid Fraud and Integrity Division
P.O. Box 20207
Nashville, TN 37202-0207
*Counsel for State of Tennessee*

Jamie Ann Yavelberg
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
*Counsel for United States*

Joyce R. Branda
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
*Counsel for United States*

Sam Olens
Attorney General of Georgia
Office of the Attorney General
40 Capital Square SW
Atlanta, GA 30334
*Counsel for State of Georgia*

Patrick Keenan
Illinois Attorney General's Office
Illinois MFCU
100 West Randolph Street, 12th Floor
Chicago, IL 60601
*Counsel for State of Illinois*

Laura J. Meehan
NYS Office of Attorney General
Medicaid Fraud Control Unit
One Blue Hill Plaza, 6th Floor
Pearl River, NY 10965
845-732-7550 - Telephone
*Counsel for State of New York*

/s/ Paul W. Roop, II
Paul W. Roop, II (WVSB No. 5406)
Roop Law Office, LC
P.O. Box 1145
Beckley, WV 25802
(304) 255-7667
(304) 256-5984 Fax
paulroop@rooplawoffice.com
*Counsel for Relators*

/s/ Mark T. Hurt
Mark T. Hurt
The Law Offices of Mark T. Hurt
159 West Main Street
Abingdon, VA 24210
(276) 623-0808
(276) 623-0212 Fax
mail@markhurtlawfirm.com